# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABE DANIELS, in his individual and representative capacity as trustee of the Abe Daniels Living Trust; JONATHAN ROBERT SWAIN, in his individual and representative capacity as trustee of the Jonathan Robert Swain Living Trust; ROADRUNNERS & KANGAROO RATS LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:15-CV-00882-JGB-KK<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
HONORABLE JESUS G. BERNAL
United States District Court Judge

Notice of Settlement　　　-1-　　　5:15-CV-00882-JGB-KK