# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | Case: 5:15-CV-00882-JGB-KK |
| Plaintiff, | **ORDER** |
| v. | |
| ABE DANIELS, in his individual and representative capacity as trustee of the Abe Daniels Living Trust; JONATHAN ROBERT SWAIN, in his individual and representative capacity as trustee of the Jonathan Robert Swain Living Trust; ROADRUNNERS & KANGAROO RATS LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>October 14, 2015</u>

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal       Case: 5:15-CV-00882-JGB-KK